**1494 WALCOTT vs. MAYOR, RECORDER AND COMMON COUNCIL** (Jackson), 51 M., 249.

To enforce payment of a claim for salary, where relator first elected to sue in assumpsit, but left the case undetermined, and after ten years had passed from the date of his claim, files his application.

Denied July 2, 1883.

**1495 MOORE ET AL. vs. BOARD OF AUDITORS** (Wayne), No. 12494½, 90 M., 269.

To compel the board to issue warrants for salaries to relators as deputy game and fish wardens, at the rate of $1,000 per year.

Denied February 3, 1892.

Held, that the board have authority under Sec. 7 of Act No. 28, Laws of 1887, to fix the compensation for each year at such sum as to them may seem proper.

**1496 SPEED vs. COMMON COUNCIL** (Detroit), No. 14079, 100 M., 92. (Certiorari to Wayne.)

To compel payment of relator's salary as city counselor.

The circuit judge granted the writ. Affirmed April 10, 1894, with costs.

Held, that mandamus is the proper remedy to compel the payment by a municipal corporation of an official salary, the amount of which is fixed. McBride vs. Grand Rapids, 47 M., 236 (1480).

**1497 WILKINSON vs. COMMON COUNCIL** (Saginaw), No. 15838; 3 D. L. N., 809; 70 N. W., 142. (Certiorari to Saginaw.)

To compel respondent to audit and pay relator's account for salary as a member of the police force, after his removal from the position.